UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA

    -v-

SHARON PARSONS
-------------------------------X

ORDER
CR99-845 (JBW)

Defendant's letter dated August 20, 2005, has been received. This case was dismissed. The court has no authority to act. It regrets Ms. Parsons' problems.

SO ORDERED

JACK B. WEINSTEIN
SR. U.S.D.J.

DATED: 9/6/05

Sharon Parsons
186-06 Dormans Rd
St. Albans NY 11412
August 20th, 2005

347 495-8135

[handwritten annotation: reply by letter: This case was dismissed. The court has no authority to act. It can't fix Ms Parsons' problems. JW 8/30/05]

U.S. District Court
225 Cadmen Plaza East
Brooklyn NY 11201

Attn: Hon. Jack B Weinstein

Re: Docket No 99CR 00845-2

I am writing this letter to advise you that I was wrongfully suspended from Dept of Social Security and wrongfully terminated from my current employer (Geico).

On August 3rd, 2005 a confidential call came to my current employer (Geico) indicating that I was suspended indefinitely from Dept of Social Security. In addition, the caller stated I broke the privacy act by giving Social Security information in exchanged for monies.

My employer Geico wanted to know if the allegations were true. I denied the allegations. I also want to point out that I am not guilty in committing any crimes. However my employer wanted proof and I explained that the caller provided confidential information that is in violation of the privacy act. You and I know I would not have such proof.

It was already addressed to the courts that several managers at Social Security broke the privacy act and caused damage to my brain. Now, the prosecutors representing Dept of Social Security somehow want to decide my faith. I trust that you must know that if Dept of Social Security is having a problem as to what direction needs to be taken in proceeding with the criminal case or civil case then they should have consulted you.

Me being unemployed while the managers who caused the crime; can work or retire is not the answer.

Since, August 3, 2005 I had a breakdown. I have contacted my Union Rep to re-open my workers comp claim. I have been to unemployment offices. I have been to welfare. My child support payments were terminated.

I am only one woman with children. You can't begin to understand the rage I have everyday.

*Please hold a conference with the prosecutors and reprimand who done this to me. Please contact my employer Geico. Speak with Rosemary Maher at 516 496 5013 and ask her to contact the home office in Washington to see if they can put me on indefinite administrative leave until the workers compensation is awarded.*

*After this is all done, I want an attorney appointed from the courts to represent me. I plan to sue Dept of Social Security 100 million dollars and Geico as well.*

*However Geico, can counter sue you for the damage that Dept of Social Security has done.*

*I trust that you can bring a speedy resolution to this case. My heart very sadden as I know once these issues are address to the appropriate parties it will be difficult for you.*

                                                *Cordially yours,*

                                                *Sharon B Parsons*

**Enclosure: Proof of Retirement Papers**

United States Department of the Interior
National Business Center
Payroll Operation Division
PO Box 272030   D-2674
Denver, Colorado   80227-9030

August 29, 2001

PARSONS, SHARON B
195 HILLTOP DRIVE
BRENTWOOD     NY 11717

Your application for benefits (retirement annuity or refund of retirement deductions) and the official records of your retirement deductions withheld by your agency have been certified correct and have been sent to the United States Office of Personnel Management (OPM) via a Register of Separations. Identifying data from that Register is provided below for your information. You should refer to this data if you need to contact OPM:

                    YOUR FULL NAME:  PARSONS, SHARON B
                  YOUR DATE OF BIRTH:  04/15/1961
         YOUR SOCIAL SECURITY NUMBER:  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
               YOUR SEPARATION DATE:  08/01/2001
       RETIREMENT SYSTEM (CSRS OR FERS):  CSRS
                    REGISTER NUMBER:  01-2036
                      REGISTER DATE:  August 29, 2001
         DATE REGISTER MAILED TO OPM:  August 29, 2001
              PAYROLL OFFICE NUMBER:  88-02-2098

IF YOU HAVE FILED AN APPLICATION FOR RETIREMENT OR REFUND OF YOUR RETIREMENT DEDUCTIONS, YOU SHOULD ALLOW FIVE TO SIX WEEKS FROM THE DATE OF THIS LETTER FOR THE PROCESSING OF YOUR CLAIM. (Normally, you will receive correspondence from OPM well within that timeframe.) After six weeks, if you have any questions concerning your application for benefits, you should contact OPM as shown below:

You can call OPM's Retirement Information Office from 7:30 AM to 5:00 PM (Eastern Time). The toll-free telephone number is 1-888-767-6738. You may address written inquiries to:

U.S. Office of Personnel Management
Employee Service and Records Center
Boyers, Pennsylvania   16017

A copy of this letter has been provided to the Personnel Office shown below.

cc:     SOCIAL SECURITY ADMINISTRATION
        REGIONAL PERSONNEL OFFICE
        BOX 4700
        JAMAICA, NY   11431